UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GRANT STANTON PRODUCE COMPANY, INC., STATE GARDEN, INC., TROPICAL BANANA COMPANY, INC., WALDO H. LAILER & COMPANY, INC., and J. MAHERAS CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDLER BROS., MARK A. SANDLER, CANDICE O'BRIEN, and MAJORIE R. SANDLER, <br><br> Defendants. | Civil No. 2:08-cv-99-P-S |

## AMENDED STIPULATED ORDER FOR ATTACHMENT ON TRUSTEE PROCESS

Plaintiffs and Defendant Sandler Bros. hereby stipulate and agree that attachment on trustee process be made on or before November 21, 2008 against the property and credits of Defendant Sandler Bros. in the amount of Sixty-two Thousand Four Hundred Thirty-two and 00/100 Dollars ($62,432.00).

Dated: October 16, 2008              /s/ John P. Giffune
                                     John P. Giffune, ME Bar No. 8563
                                     VERRILL DANA, LLP
                                     One Portland Square
                                     P.O. Box 586
                                     Portland, ME  04112-0586
                                     (207) 774-4000
                                     jgiffune@verrilldana.com

                                     Attorney for Defendants Sandler Bros., Mark A.
                                     Sandler, Candice O'Brien and Marjorie R. Sandler

Dated: October 16, 2008 /s/ Stanley F. Greenberg
Stanley F. Greenberg
GREENBERG & GREENBERG
97A Exchange St., Suite 404
Portland, ME 04101
(207)773-0661
sfg@maine.rr.com

/s/ Andrew M. Osborne
Andrew M. Osborne
OSBORNE & FONTE
20 Eastbrook Road
Dedham, MA 02026
(781) 326-3875
ozzvis@yahoo.com

Attorneys for Plaintiffs Grant Stanton Produce
Company, Inc., et al.

SO ORDERED

Dated: October 21, 2008 /s/ John H. Rich III
John H. Rich III
U.S. Magistrate Judge

2