UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GRANT STANTON PRODUCE COMPANY, INC., STATE GARDEN, INC., TROPICAL BANANA COMPANY, INC., WALDO H. LAILER & COMPANY, INC. and J. MAHERAS CO., INC., <br><br>           Plaintiffs, <br><br>v. <br><br>SANDLER BROS., MARK A. SANDLER, CANDICE O'BRIEN and MARJORIE R. SANDLER, <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 2:08-cv-99-P-S |

**ORDER ON CONSENT MOTION FOR ENTRY OF STIPULATED JUDGMENT**

Before the Court is Defendants' Consent Motion for Entry of Stipulated Judgment (Docket # 23). The Court hereby DENIES this Motion WITHOUT PREJUDICE.

Having reviewed the proposed judgment (Docket # 23-2), the Court has determined that it would be improper for the Court to enter the requested detailed factual findings as well as the proposed payment schedule as part of a judgment in this matter. Notably, Defendant cites no rule or other authority that allows for this Court to adopt as a judgment what is essentially a detailed settlement agreement between the two parties.

To be clear, the Court is not willing to enter as part of a stipulated judgment the "Findings" found in proposed judgment, nor the payment schedule laid out in paragraphs four and five. (See Ex. A (Docket # 23-2) at 1-6 (proposed findings) & 7-8 (proposed payment schedule).) If the parties have reached an agreement as to liability and the amount of damages owed, the Court is willing to enter a stipulated judgment to that

1

effect, as currently reflected in paragraphs one through three of the proposed judgment. (See Ex. A (Docket # 23-2) at 7.)  If the parties wish the Court to enter such a stipulated judgment, they are free to refile the Consent Motion with a new proposed judgment attached.  However, any agreements between the parties as to how the stipulated judgment will be paid should be handled via a separate agreement.

      SO ORDERED.

                                       /s/ George Z. Singal
                                       Chief U.S. District Judge

Dated this 24th day of November, 2008.