UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GRANT STANTON PRODUCE ) <br> COMPANY, INC., STATE GARDEN, INC., ) <br> TROPICAL BANANA COMPANY, INC., ) <br> WALDO H. LAILER & COMPANY, INC. ) <br> and J. MAHERAS CO., INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SANDLER BROS., MARK A. SANDLER, ) <br> CANDICE O'BRIEN and MARJORIE R. ) <br> SANDLER, ) <br> ) <br> Defendants. ) | Civil No. 2:08-cv-99-P-S |

**APPROVED STIPULATION FOR JUDGMENT AND DISMISSAL
BY ALL PLAINTIFFS AND DEFENDANTS
<u>SANDLER BROS., MARK SANDLER AND CANDICE O'BRIEN</u>**

Plaintiffs, Grant Stanton Produce Company, Inc. [hereinafter "Grant Stanton"], State Garden, Inc., [hereinafter "State Garden"], Tropical Banana Company, Inc. [hereinafter "Tropical"], Waldo H. Lailer & Company, Inc. [hereinafter "WH Lailer"] and J. Maheras Co., Inc. [hereinafter "Maheras"], and Defendants Sandler Bros., [hereinafter "Sandler Bros."], Mark Sandler, and Candice O'Brien agree that the following order for judgment shall enter:

**<u>ORDER</u>**

1. Judgment shall enter against Defendant Sandler Bros. for:

   a. Grant Stanton on Counts I and II of the Complaint in the amount of $11,823.06, plus interest at the rate of 1.5% per month from August 8, 2008, and costs;

      b.      Tropical on Counts III and IV of the Complaint for the sum of $21,872.51, plus interest at the rate of 12% per year from August 8, 2008, and costs;

      c.      State Garden on counts V and VI of the Complaint for the sum of $19,762.72, plus interest at the rate of 12% per year from August 8, 2008, and costs;

      d.      W.H. Lailer on Counts VII and VIII of the Complaint for sum of $54,550.86, plus interest at the rate of 18% per annum from August 8, 2008, and costs;

      e.      Maheras on Counts IX and X of the Complaint for the sum of $685.03, plus interest at the rate of 12% per annum from August 8, 2008, and costs.

      f.      For each of the Plaintiffs on Count XI of the Complaint for the respective sums awarded on Counts I through X;

      g.      For each of the Plaintiffs on Count XII of the Complaint for their respective pro rata share of $8,000 based upon the Findings of Fact set forth in paragraphs 17 through 21 above, which amounts are included in the sums awarded on Counts I through X;

2.     Count XIII of the Complaint is dismissed without prejudice and without costs as to Defendant Sandler Bros.

3.     Counts XI through XIII of the Complaint are dismissed without prejudice and without costs as to Defendants Mark Sandler and Candice O'Brien.

Dated at Portland Maine this 24th day of December, 2008.

| GRANT STANTON PRODUCE COMPANY, INC., ET AL, PLAINTIFFS<br>By Their Attorneys | SANDLER BROS., INC., MARK SANDLER, AND CANDICE O'BRIEN DEFENDANTS<br>By Their Attorneys |
|---|---|
| GREENBERG & GREENBERG | VERRILL DANA LLP |
| /s/ Stanley F. Greenberg<br>Stanley F. Greenberg, Esq.<br>GREENBERG & GREENBERG<br>97A Exchange St., Suite 404<br>Portland, ME 04101<br>207-773-0661<br>sfgg@maine.rr.com | /s/John P. Giffune<br>John P. Giffune, Esq.<br>VERRILL DANA LLP<br>One Portland Square<br>P.O. Box 586<br>Portland, ME  04112-0586<br>207-253-4000<br>jgiffune@verrilldana.com |
| /s/ Andrew M. Osborne<br>Andrew M. Osborne, Esq.<br>OSBORNE & FONTE<br>20 Eastbrook Road<br>Dedham, MA 02026<br>781-326-3875<br>ozzvis@yahoo.com | |

APPROVED AND SO ORDERED

Dated this 29th day of January, 2009        /s/ George Z. Singal
                                           United States District Judge